**THE WESTON FIRM**
GREGORY S. WESTON (239944)
JACK FITZGERALD (257370)
888 Turquoise Street
San Diego, CA  92109
Telephone: (858) 488-1672
Facsimile: (480) 247-4553
greg@westonfirm.com
jack@westonfirm.com

*Counsel for Plaintiffs and*
*the Proposed Classes*

FILED

2011 MAR 11  A 9: 23

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NO. DIST. OF SAN JOSE

ADR

E-filing

Paid
NP
99

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| DONALD CULLEN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NETFLIX, INC.,<br><br>Defendant. | Case No.:<br><br>CV 11 1199 HRL<br>CLASS ACTION<br><br>**COMPLAINT FOR:**<br><br>**VIOLATION OF TITLE III OF THE AMERICANS WITH DISABILITY ACT OF 1990, 42 U.S.C. §§ 12181 *ET SEQ.*;**<br><br>**VIOLATION OF CALIFORNIA'S UNFAIR COMPETITION LAW, CAL. BUS. & PROF. CODE §§ 17200 *ET SEQ.*;**<br><br>**VIOLATION OF CALIFORNIA'S FALSE ADVERTISING LAW, CAL. BUS & PROF. CODE §§ 17500 *ET SEQ.*;**<br><br>**VIOLATION OF CALIFORNIA'S CONSUMER LEGAL REMEDIES ACT, CAL. CIV. CODE §§ 1750 *ET SEQ.*; AND**<br><br>**VIOLATION OF CALIFORNIA'S UNRUH CIVIL RIGHTS ACT, CAL. CIV. CODE § 51, *ET SEQ.***<br><br>**VIOLATION OF CALIFORNIA'S DISABLED PERSONS ACT, CAL. CIV. CODE §§ 54, *ET SEQ.***<br><br>DEMAND FOR JURY TRIAL |

COMPLAINT

Plaintiff DONALD CULLEN, on behalf of himself, all others similarly situated, and the general public, by and through undersigned counsel, hereby sues Defendant NETFLIX, INC. ("Netflix") and, upon information and belief and investigation of counsel, allege as follows:

## JURISDICTION AND VENUE

1.     This Court has original federal question jurisdiction over this action pursuant to 28 U.S.C. § 1331. The Court also has original jurisdiction over this action pursuant to 28 U.S.C. § 1332(d)(2) (the Class Action Fairness Act) because the matter in controversy exceeds the sum or value of $5,000,000 exclusive of interest and costs and more than two-thirds of the members of the Classes reside in states other than the state of which Defendant is a citizen.

2.     Venue is proper in this Court pursuant to 28 U.S.C. § 1391 because Plaintiff suffered injuries as a result of Defendant's acts in this district, many of the acts and transactions giving rise to this action occurred in this district, and Defendant (1) is authorized to conduct business in this district and has intentionally availed itself of the laws and markets of this district through the promotion, marketing, distribution, and sale of their products in this district; (2) resides in this district; and (3) is subject to personal jurisdiction in this district.

## INTRADISTRICT ASSIGNMENT

3.     This civil action arises out of the acts and omission of Defendant Netflix, Inc., a company headquartered in Los Gatos, California, in Santa Clara County. Pursuant to Civil Local Rule 3-2(c), this action should be assigned to the San Jose Division.

## INTRODUCTION

4.     36 million deaf and hard of hearing Americans rely daily on closed captioning, a system which displays text on a television or video screen—typically a transcription of the audio portion of the program as it occurs sometimes including non-speech elements—to provide interpretive information to viewers who need it (*e.g.*, hearing viewers screening foreign films).

5.     Congress has long understood the importance of closed captioning in the lives of

1

1  deaf and hard of hearing Americans. Accordingly, federal law requires video programming

2  distributors and providers like Netflix to caption (or *subtitle*—the terms are used

3  interchangeably) all video programming "generally considered comparable to programming

4  provided by[] a television station that is distributed and exhibited for residential use." 47 C.F.R.

5  § 79.1(a)(1).

6       6.    Netflix is the ubiquitous provider of both on-demand streaming video

7  programming over the internet and flat-rate online DVD-Video and Blu-ray Disc rental-by-mail.

8  Members pay a monthly subscription fee, which differs based on options selected, which a

9  member can change at will on Netflix's website.

10       7.    Although Netflix has offered streaming video programming since 2008, only a

11  miniscule portion of its library is subtitled, in violation of federal law.

12       8.    Adding insult to injury, Netflix repeatedly misled its deaf and hard of hearing

13  members—who make up the putative Classes here—as to (a) the amount of subtitled content, (b)

14  the rate at which it was adding subtitled content, and (c) the date by which a substantial portion

15  of its library would be subtitled.

16       9.    As a result of Netflix's failure to caption its programming, Plaintiff Donald

17  Cullen, who is deaf, was effectively denied access to Netflix's full streaming video library

18  though he paid a full subscription price.

19       10.    What's more, Netflix imposes a "deaf tax" on its deaf and hard of hearing

20  members. Last November, Netflix announced it would reduce the price for a streaming-only

21  subscription for its members able to surrender access to its library of (well-captioned) physical

22  DVDs and Blu-rays, which are delivered more expensively by mail.

23       11.    Although the video programming Netflix provides might be considered leisure,

24  Netflix's failure to meaningfully caption its content is a serious issue and emblematic of a larger

25  struggle amongst the deaf and hard of hearing struggling to avoid being left behind by

26  mainstream media and culture online.

27       12.    Plaintiff brings this action on behalf of himself and all other similarly-situated

28  deaf and hard of hearing Netflix members denied their rights under state and federal law, and

1  damaged as a result of Netflix's unlawful behavior.

2

3                            **PARTIES**

4       13.    Plaintiff Donald Cullen is an individual and a resident of California.

5       14.    Defendant Netflix, Inc. is a Delaware corporation with its principal place of

6  business at 100 Winchester Circle, Los Gatos, California 95032.

7

8                      **FACTUAL ALLEGATIONS**

9  **Netflix Falsely Represented it Would Meaningfully Subtitle its Streaming Library**

10      15.    Netflix was established in 1997 and began offering its subscription flat-rate online

11 video rental-by-mail service in September 1999. If the proportion of deaf and hard of hearing in

12 the general population is reflected in Netflix's 22 million members, Netflix has over 2.5 million

13 deaf and hard of hearing members.

14      16.    Netflix began providing streaming video programming in or about January 2008.

15 In order to access Netflix's streaming video programming, a consumer must have a device

16 capable of receiving a signal from Netflix over the internet. In most cases, Netflix's streaming

17 video service is integrated into hardware with related functions, like game consoles, Blu-ray

18 players, digital video recorders, high definition televisions, computers, home theater devices and

19 mobile devices. There are at least 35 such devices—and tens of millions of units—on the market

20 today (including such popular gaming devices as the Sony PlayStation 3 and Microsoft Xbox

21 360, present in millions of American homes). In addition, there are some dedicated streaming

22 devices, and almost any computer can be used to access Netflix's streaming video programming.

23      17.    In a June 12, 2009 blog entry posted on Netflix's website, Neil Hunt, Netflix's

24 Chief Product Officer, reacting to apparent inquiries, announced that "[c]aptioning is in our

25 development plans," and that Netflix would "expect to deliver subtitles or captions to Silverlight

26 clients sometime in 2010, and roll the same technology out to each CE device as we are able to

27 migrate the technology . . . ."

28      18.    Mr. Hunt's June 12 statements falsely attributed Netflix's failure and inability to

                                       3
                                  COMPLAINT

caption content sooner to supposed technical difficulties. At the same time Mr. Hunt was making these statements, other steaming video content providers (such as Hulu.com and YouTube.com) had captioned and were captioning substantial content, at a meaningful pace, using existing technology that Netflix likewise could have used.

19.     Mr. Hunt's June 12, 2009 blog entry is attached hereto as **Exhibit A**.

20.     In an October 5, 2009 public email with the advocacy group the National Association of the Deaf (NAD), Catherine Fisher, Netflix's Director of Communications, confirmed in response to a letter from the NAD that Netflix "frequently communicates its commitment to provide closed captioning for the TV episodes and movies you can watch instantly . . . ." Ms. Fisher further represented its "developers continue to work on closed captioning and we will keep the deaf and hard of hearing community apprised of the progress."

21.     The letter and emails exchanged between Ms. Fisher and the NAD are publicly posted at http://www.nad.org/news/2009/10/nad-calls-out-netflix-captions. A copy is attached hereto as **Exhibit B**.

22.     In an April 15, 2010 blog entry posted on Netflix's website, Neil Hunt announced the release of a "limited library" of about 100 captioned titles within Netflix's streaming video library available to watch only on a PC or Mac computer. Mr. Hunt also represented that Netflix "will be working to fill in the library over time" and that there was "much more to come."

23.     Mr. Hunt's April 15 post further represented Netflix "ha[s] similar technology working in the lab for some of our game console, Blu-ray, and DTV platforms, which will roll out in releases starting this fall . . . ."

24.     Mr. Hunt's April 15, 2010 blog entry is attached hereto as **Exhibit C**.

25.     In a November 22, 2010 "tweet"[1] on Twitter.com in response to tween by Marlee Matlin, a well-known deaf actress with over 75,000 "followers" on Twitter, Netflix represented that it "offers CC [closed captioning] on a growing # of titles. You can use CC on PCs, Macs, upgraded PS3 app and upgrade Wii app."

---

[1] A short (140 character maximum) message sent via the social networking and micro-blogging site, Twitter.com.

26.     Netflix's November 22, 2010 tweet is attached hereto as **Exhibit D**.

27.     In a February 24, 2011 blog entry posted on Netflix's website, Neil Hunt falsely represented there are "more than 3,500 TV episodes and movies" with subtitles in Netflix's streaming library, "representing about 30% of viewing."

28.     Mr. Hunt further represented "[m]ore subtitles are being added every week, and we expect to get to 80% viewing coverage by the end of 2011 . . . ."

29.     Mr. Hunt's February 24, 2011 blog entry is attached hereto as **Exhibit E**.

30.     Each of these statements was false and misleading when spoken. While Netflix made such public representations to the deaf and hard of hearing community where it largely interacts with the community, on its blog, Netflix's CEO, Reed Hastings told shareholders at a May 29, 2009 annual meeting that Netflix was not actively concerned with captioning its video programming.

31.     Each of these statements individually, and especially when combined together, were designed to and did have the effect of conveying to Netflix's deaf and hard of hearing members that Netflix would meaningfully subtitle its steaming library within a reasonable period of time, and that it would provide related technology in a variety of hardware platforms.

32.     These statements were material to Plaintiff and the class members, who relied on them in purchasing or maintaining monthly Netflix subscriptions.

**Netflix Has Failed to Meaningfully Subtitle its Streaming Video Library**

33.     Despite making such statements for almost two years, Netflix's streaming video library remains effectively useless to deaf and hard of hearing members given the miniscule amount of its captioned content, lack of useful support tools, and Netflix's anemic captioning rate.

34.     Netflix's streaming library includes virtually every kind and genre of video programming, including both movies and television. At the time of filing, Netflix's streaming

1 video programming includes 11,786 titles, with about 15 titles being added each day.[2]

2     35.     At the time of filing, only about 6% of Netflix's streaming video programming is

3 captioned.

4     36.     Netflix is currently captioning its streaming video library at an approximate rate

5 of 2.33 titles per day.

6     37.     Since Netflix first began streaming in January 2008, it has an overall captioning

7 rate of approximately 0.64 titles per day.

8     38.     Since Neil Hunt announced Netflix's intention to caption the streaming video

9 library in June 2009, Netflix's captioning rate has been approximately 1.16 titles per day.

10     39.     Since Neil Hunt announced Netflix's captioning of 100 titles in April 2010,

11 Netflix's captioning rate has been approximately 2.00 titles per day.

12     40.     Because Netflix is adding a total of about 15 titles to its streaming video library

13 each day, the percentage of the library captioned is actually *declining*, and Netflix's promise to

14 caption 80% of its library by the end of 2011 is not reflected in its behavior.

15 **Netflix Imposes a Deaf Tax on its Deaf and Hard of Hearing Members**

16     41.     In a November 22, 2010 blog entry on Netflix's website, Jesse Becker, Netflix's

17 Vice President of Marketing, announced changes in Netflix's subscriptions offerings, creating a

18 low-price streaming-only option and increasing the prices of its DVD-by-mail plans.

19 //

20 //

21 //

22 //

23 //

24 //

25 //

26

27 [2] Netflix does not provide web-based access to its streaming library, but a third-party database
uses Netflix's application programming interface to index and tally the library's titles, hosted at
28 http://instantwatcher.com/titles/all.

|  | Old price | New price |
|---|---|---|
| **Unlimited plan (NEW)** | | |
| No DVDs | – | $7.99 |
| **Unlimited plan with DVDs** | | |
| 1 DVD out at a time | $8.99 ➜ | $9.99 |
| 2 DVDs out at a time | $13.99 ➜ | $14.99 |
| 3 DVDs out at a time | $16.99 ➜ | $19.99 |
| 4 DVDs out at a time | $23.99 ➜ | $27.99 |
| 5 DVDs out at a time | $29.99 ➜ | $34.99 |
| 6 DVDs out at a time | $35.99 ➜ | $41.99 |
| 7 DVDs out at a time | $41.99 ➜ | $48.99 |
| 8 DVDs out at a time | $47.99 ➜ | $55.99 |
| **Limited Plan** | | |
| 1 DVD (limit 2 DVDs a month) | $4.99 | $4.99 |

42.     Netflix offered these plans beginning November 22, 2010 and continuing until the present. All DVD plans also include unlimited access to Netflix's streaming video programming, so long as the user has an appropriate device.

43.     Ms. Becker's blog entry is attached hereto as **Exhibit F**.

44.     The following graphic represents the proportion of Netflix's streaming video library captioned on November 22, 2010, the day Netflix announced these subscription changes.[3]



45.     The limited selection of subtitled content in Netflix's streaming video library means the option of subscribing to the streaming-only plan effectively unavailable to Netflix's

---

[3]     A.   Polk,   *Tell   Netflix:   No   captions,   no   money*,   Nov.   23,   2010,   *at* http://blog.deafpolitics.org/2010/11/tell-netflix-no-captions-no-money.html.

1  deaf and hard of hearing members. Netflix has forced upon them a premium of at least $2 per

2  month—a veritable deaf tax.

3       46.    In reality, the deaf tax premium is higher because, like Plaintiff, most deaf and

4  hard of hearing consumers must purchase higher-level subscriptions to meet their viewing needs

5  and habits. Plaintiff, for example, pays $14.99 per month for Netflix's "unlimited 2 DVD" plan,

6  a premium of $7 over the streaming-only plan.

7

8                                          **RELIANCE AND INJURY**

9       47.    Plaintiff became a Netflix member in May 2009, initially subscribing with the

10  "unlimited 3 DVD" plan but later downgrading his subscription based on his viewing habits. If

11  he could, Plaintiff would switch to the streaming-only plan Netflix currently offers, since this

12  would be the most convenient given his viewing habits, and the cheapest video programming

13  option.

14       48.    None of Netflix's DVD plans are a satisfactory substitute since they lack the on-

15  demand function of Netflix's streaming library and command premium pricing over the

16  streaming-only subscription.

17       49.    At various times after subscribing in May 2009, Plaintiff considered terminating

18  his subscription. But despite his lack of access to Netflix's streaming video library and his

19  inability to switch to the streaming-only plan because of its lack of meaningful captioning,

20  Plaintiff maintained his Netflix subscription in reliance on Netflix's false representations and

21  material omissions about the amount of subtitled content and Netflix's intentions and plans to

22  add more.

23       50.    Specifically, Plaintiff was exposed to, saw, read and relied upon, at or around the

24  time they were made, Neil Hunt's statements in the June 12, 2009 Netflix blog; Catherine

25  Fisher's statements in the October 2009 email exchange posted on the website of the NAD; Neil

26  Hunt's statements in the April 15, 2010 Netflix blog; Neil Hunt's statements in the November

27  22, 2010 tweet; and Neil Hunt's statements in the February 24, 2011 Netflix blog.

28       51.    As a result of Netflix's misrepresentations and material omissions, Plaintiff paid

1  more for his Netflix subscription, and would have only been willing to pay less, if anything at all,

2  if he had not been mislead by the misrepresentations and omissions complained of herein.

3  Plaintiff would not have purchased his Netflix subscription at the price he did absent Netflix's

4  deceptive conduct.

5      52.   For these reasons, Plaintiff's Netflix subscription was worth less than what he

6  paid for it.

7      53.   Plaintiff purchased video programming services from Netflix instead of

8  competing distributors and providers based on the false statements and misrepresentations

9  described herein.

10      54.   Instead of receiving access to a streaming video programming library that had the

11  advantages for Plaintiff inherent in a video programming library that is meaningfully captioned

12  and/or which is being captioned at a meaningful rate, Plaintiff had access to a streaming video

13  library with only occasionally-captioned content, which rendered it effectively useless to him.

14      55.   Plaintiff lost money as a result of Netflix's deception in that he did not receive

15  what he paid for. Plaintiff altered his position to his detriment and suffered damages in an

16  amount equal to the amount he paid for his Netflix subscription.

17

18                          **CLASS ACTION ALLEGATIONS**

19      56.   Plaintiff brings this action on behalf of himself and all others similarly situated on

20  behalf of the following Classes:

21      **Damages Class**

22          All deaf and hard of hearing persons (excluding officers, directors and

23          employees of Netflix) who purchased, on or after January 1, 2008, a Netflix

24          subscription in the United States for their own or household use.

25      **Injunctive Relief Class**

26          All deaf and hard of hearing persons (excluding officers, directors and

27          employees of Netflix), in the market for captioned streaming video programming

28          from Netflix in the United States for their own or household use.

57. Questions of law and fact common to Plaintiff and the Classes include:

    a.    Whether Netflix contributed to, committed, and/or is responsible for the conduct alleged herein;

    b.    Whether Netflix's conduct constitutes violations of the Communications Act of 1934;

    c.    Whether Netflix's conduct constitutes violations of the Americans with Disabilities Act of 1990;

    d.    Whether Netflix's conduct constitutes violations of the California Unfair Competition Law;

    e.    Whether Netflix's conduct constitutes violations of the California False Advertising Law;

    f.    Whether Netflix's conduct constitutes violations of the California Consumer Legal Remedies Act;

    g.    Whether Netflix acted willfully, recklessly, negligently, or with gross negligence in the violations of the law alleged herein; and

    h.    Whether Class members are entitled to compensatory, injunctive and other equitable relief.

58. By purchasing or maintaining Netflix subscriptions, all Class members were subject to the same wrongful conduct.

59. Absent Netflix's material deceptions, misstatements and omissions, Plaintiff and other Class members would not have purchased or maintained their Netflix subscriptions.

60. Absent Netflix's failure to provide captioned video programming as required by federal law, Plaintiff and other Class members would have enjoyed the full use of their Netflix subscriptions.

61. Plaintiff's claims are typical of the Class' claims. Plaintiff will fairly and adequately protect the interests of the Class, has no interests that are incompatible with the interests of the Class, and has retained counsel competent and experienced in class litigation.

62. The Classes are sufficiently numerous, as they include millions of deaf and hard of hearing Netflix members, and millions more in the market for Netflix's streaming video service.

63.     Class representation is superior to other options for the resolution of the controversy. The relief sought for each Class member is small. Absent the availability of class action procedures, it would be infeasible for Class members to redress the wrongs done to them.

64.     Netflix has acted on grounds applicable to the Classes, thereby making appropriate final injunctive relief or declaratory relief concerning the Classes as a whole.

65.     Questions of law and fact common to the Classes predominate over any questions affecting only individual members.

66.     Class treatment is appropriate under Federal Rule of Civil Procedure 23(a) and both 23(b)(2) and 23(b)(3). Plaintiff does not contemplate class notice if the class is certified under Federal Rule of Civil Procedure 23(b)(2), which does not require notice, and notice via publication if the class is certified under Federal Rule of Civil Procedure 23(b)(3) or if the Court determines class notice is required notwithstanding that notice is not required under Federal Rule of Civil Procedure 23(b)(2). Plaintiff will, if notice is required, confer with Defendant and seek to present the Court with a stipulation and proposed order on the details of a class notice plan.

## FIRST CAUSE OF ACTION

### Violations of Title III of the Americans with Disabilities Act of 1990, 42 U.S.C. §§ 12181 *et seq.*

67.     Plaintiff realleges and incorporates the allegations contained elsewhere in this Complaint as if fully set forth herein.

68.     Title III of the ADA prohibits the discrimination against individuals on the basis of any disability in the full and equal enjoyment of goods, services, facilities, privileges, advantages, or accommodations of any place of public accommodation by any person who owns, leases (or leases to), or operates a place of public accommodation, 42 U.S.C. § 12184(a), and requires reasonable modification of the policies, practices and procedures underlying such discrimination, *id.* § 12182(b)(2)(A)(ii-iv).

69.     Discrimination under Title III encompasses the denial of the opportunity by the disabled to participate in programs or services, and providing the disabled with separate but

1   unequal goods or services. *Id.* § 12182(b)(1)(A)(i-iii).

2       70.     Netflix's streaming video library is a "place of accommodation" within the

3   meaning of the Act.

4       71.     Netflix's failure to reasonably modify its streaming video library in order to

5   accommodation access by the deaf and hard of hearing, as detailed herein, violated the Act.

6       72.     As a direct and proximate result of Netflix's unlawful discrimination, Plaintiff and

7   members of the Damages Class have sustained injuries and damages.

8

9                              **SECOND CAUSE OF ACTION**

10              **Violations of the California Unfair Competition Law**
                **Cal. Bus. & Prof. Code §§ 17200 *et seq.***

11

12                                      **(Unfair)**

13      73.     Plaintiff realleges and incorporates the allegations contained elsewhere in this

14  Complaint as if fully set forth herein.

15      74.     Bus. & Prof. Code §§ 17200 *et seq.* prohibits any "unlawful, unfair or fraudulent

16  business act or practice."

17      75.     The acts, omissions, misrepresentations, practices, and non-disclosures of Netflix

18  as alleged herein constitute "unfair" business acts and practices because Netflix' conduct is

19  immoral, unscrupulous, and offends public policy. Further, the gravity of Netflix' conduct

20  outweighs any conceivable benefit of such conduct.

21      76.     In accordance with Bus. & Prof. Code § 17203, Plaintiff seeks an order enjoining

22  Netflix from continuing to conduct business through unfair acts and practices alleged herein, and

23  to commence a corrective advertising campaign.

24      77.     Plaintiff further seeks an order for the disgorgement and restitution of all monies

25  obtained by Netflix, which were acquired through acts of unfair competition.

26

27

28

### THIRD CAUSE OF ACTION

**Violations of the California Unfair Competition Law
Cal. Bus. & Prof. Code §§ 17200 *et seq.***

**(Fraudulent)**

78.     Plaintiff realleges and incorporates the allegations contained elsewhere in this Complaint as if fully set forth herein.

79.     Bus. & Prof. Code §§ 17200 *et seq.* prohibits any "unlawful, unfair or fraudulent business act or practice."

80.     The acts, omissions, misrepresentations, practices, and non-disclosures of Netflix as alleged herein constitute "fraudulent" business acts and practices because Netflix' conduct has a tendency to deceive both the Class members and the general public.

81.     In accordance with Bus. & Prof. Code § 17203, Plaintiff seeks an order enjoining Netflix from continuing to conduct business through fraudulent acts and practices and to commence a corrective advertising campaign.

82.     Plaintiff further seeks an order for the disgorgement and restitution of all monies obtained by Netflix, which were acquired through acts of fraudulent competition.

### FOURTH CAUSE OF ACTION

**Violations of the California Unfair Competition Law
Cal. Bus. & Prof. Code §§ 17200 *et seq.***

**(Unlawful)**

83.     Plaintiff realleges and incorporates the allegations contained elsewhere in this Complaint as if fully set forth herein.

84.     Bus. & Prof. Code §§ 17200 *et seq.* prohibits any "unlawful, unfair or fraudulent business act or practice."

85.     The acts, omissions, misrepresentations, practices, and non-disclosures of Netflix as alleged herein constitute "unlawful" business acts and practices in that:

a.  Netflix's conduct violates the Americans with Disabilities Act, as detailed herein;

b.  Netflix's conduct violates the False Advertising Law, as detailed herein;

c.  Netflix's conduct violates the Consumer Legal Remedies Act, as detailed herein;

d.  Netflix's conduct violates the California Unruh Civil Rights Act, as detailed herein;

e.  Netflix's conduct violates the California Disabled Persons Act, as detailed herein.

86.  Netflix' conduct is further "unlawful" because it violates the Communications Act of 1934, as amended by the Telecommunications Act of 1996, 47 U.S.C. §§ 151 *et seq.*

87.  The Communications Act of 1934 and its implementing regulations require all "video programming distributors" and "video programming providers" to provide closed captioning for all nonexempt video content. 47 C.F.R. §§ 79.1(b)-(c).

88.  Netflix is a "video programming distributor" because it is a "distributor of video programming for residential reception [] deliver[ing] such programming directly to the home and is subject to the jurisdiction of the [Federal Communications] Commission." *Id.* § 79.1(a)(2).

89.  Netflix is also a "video programming provider" because it is a video programming distributor and because it "provides video programming that is intended for distribution to residential households . . . ." *Id.* § 79.1(a)(3).

90.  The video content at the heart of Netflix' business is not exempt video programming and thus is subject to the Communications Act and related closed captioning regulations. By failing to provide closed captioning for its video content Netflix is in violation of the Act, and therefore violates the "unlawful" prong of the UCL.

91.  In accordance with Bus. & Prof. Code § 17203, Plaintiff seeks an order enjoining Netflix from continuing to conduct business through unlawful acts and practices and to commence a corrective advertising campaign.

92.  Plaintiff further seeks an order for the disgorgement and restitution of all monies obtained by Netflix, which were acquired through acts of unlawful competition.

1

## FIFTH CAUSE OF ACTION

2

### Violations of the California False Advertising Law
### Cal. Bus. & Prof. Code §§ 17500 *et seq.*

3

4          93.      Plaintiff realleges and incorporates the allegations contained elsewhere in this

5    Complaint as if fully set forth herein.

6          94.      In violation of Bus. & Prof. Code §§ 17500 *et seq.*, the advertisements, labeling,

7    policies, acts, and practices described herein were designed to, and did, result in the purchase and

8    use by Plaintiff and members of the Classes of unsatisfactory streaming video service without the

9    knowledge that Netflix would not honor its promise to meaningfully subtitle its streaming video

10   library.

11         95.      Netflix either knew or reasonably should have known that its statements

12   concerning the amount of subtitled content, and its efforts to add more subtitled content, were

13   untrue and/or misleading.

14         96.      As a result, Plaintiff, the Classes, and the general public are entitled to injunctive

15   and equitable relief, restitution, and an order for the disgorgement of monies by which Netflix

16   was unjustly enriched.

17

18

## SIXTH CAUSE OF ACTION

19

### Violations of the Consumer Legal Remedies Act
### Cal. Bus. & Prof. Code §§ 1750 *et seq.*

20

21

### (Injunctive Relief and Restitution)

22         97.      Plaintiff realleges and incorporates the allegations contained elsewhere in this

23   Complaint as if fully set forth herein.

24         98.      The CLRA prohibits deceptive practices in connection with the conduct of a

25   business that provides goods, property, or services primarily for personal, family, or household

26   purposes.

27         99.      Netflix' policies, acts, and practices were designed to, and did, result in the

28   purchase and use of the products primarily for personal, family, or household purposes, and

violated and continue to violate the following sections of the CLRA:

a. § 1770(a)(5): representing that goods have characteristics, uses, or benefits which they do not have;

b. § 1770(a)(7): representing that goods are of a particular standard, quality, or grade if they are of another;

c. § 1770(a)(9): advertising goods with intent not to sell them as advertised;

d. § 1770(a)(16): representing the subject of a transaction has been supplied in accordance with a previous representation when it has not.

100. The conduct described herein was long-standing and undertaken for profit as a deliberate and uniform corporate policy rather than an isolated incident. Netflix knew its statements were false, knew it violated the law, knew consumers would be misled, and knew that it was cheating them. Its conduct was morally wrong, fraudulent, callous, and oppressive.

101. Pursuant to Civ. Code § 1780, Plaintiffs are entitled to restitution.

## SEVENTH CAUSE OF ACTION

### Violation of the Unruh Civil Rights Act, Cal. Civ. Code §§ 51, *et seq.*

102. Plaintiff realleges and incorporates the allegations contained elsewhere in this Complaint as if fully set forth herein.

103. The Unruh Civil Rights Act, California Civil Code §§ 51 *et seq.* guarantees equal access for people with disabilities to the accommodations, advantages, facilities, privileges and services of all business establishments of any kind whatsoever.

104. Netflix is systematically violating the Unruh Civil Rights Act. Netflix is a "business establishment" within the meaning of the Act. Patrons of Netflix who are deaf and hard of hearing have been denied full and equal access to Netflix's streaming video library, have not been provided services that are provided to other patrons who are not disabled, and/or have provided services to the disabled that are inferior to the services provided to non-disabled patrons. These violations are ongoing.

105. Netflix is also violating the Unruh Civil Rights Act in that the conduct alleged herein constitutes a violation of Title III of the Americans with Disabilities Act of 1990, 42

1   U.S.C. §§ 12181 *et seq.*, as detailed herein. Cal. Civ. Code § 51(f) provides that any violation of

2   the ADA shall also constitute a violation of the Unruh Civil Rights Act.

3        106.   The actions of Netflix were and are in violation of the Unruh Civil Rights Act and

4   therefore Plaintiff and members of the Classes are entitled to injunctive relief remedying the

5   discrimination.

6        107.   Plaintiff and members of the Classes are also entitled to statutory minimum

7   damages pursuant to California Civil Code § 52 for each and every offense.

8

9   **EIGHTH CAUSE OF ACTION**

10   **Violation of the Disabled Persons Act, Cal. Civ. Code §§ 54, *et seq.***

11        108.   Plaintiff realleges and incorporates the allegations contained elsewhere in this

12   Complaint as if fully set forth herein.

13        109.   The Disabled Persons Act, California Civil Code §§ 54 *et seq.* guarantees full and

14   equal access for people with disabilities to all public places. Netflix's streaming video library

15   constitutes a "public place" within the meaning of the Act.

16        110.   Netflix is violating the right of deaf and hard of hearing persons to full and equal

17   access to public places by denying full and equal access to Netflix's streaming video library.

18        111.   Netflix is also violating the Disabled Persons Act in that Netflix's actions are a

19   violation of the ADA. Any violation of the ADA is also a violation of the Disabled Persons Act.

20   Cal. Civ. Code § 54.1.

21        112.   The actions of Netflix were and are in violation of the Disabled Persons Act, Cal.

22   Civ. Code §§ 54 *et seq.* and therefore Plaintiff and members of the Classes are entitled to

23   injunctive relief remedying the discrimination.

24        113.   Plaintiff and the Classes are further entitled to damages under Cal. Civ. Code §

25   54.3 for each offense.

26

27

28

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff, on behalf of himself, all others similarly situated, and the general public, prays for judgment and relief against Defendant as follows:

A.   Declaring this action to be a proper class action and ordering Netflix to bear the cost of class notice;

B.   Compelling Netflix to meaningfully subtitle its streaming video library;

C.   Enjoining Netflix from marketing its streaming video services as being meaningfully subtitled or closed-captioned unless and until its streaming video library is meaningfully subtitled or closed-captioned;

D.   Compelling Netflix to conduct a corrective advertising campaign to alert the public, and the deaf and hard of hearing community in particular, of its previous false and misleading statements and omissions;

E.   Requiring Netflix to restore all funds acquired by means of any act or practice declared by this Court to be an unlawful, unfair, or fraudulent business act or practice, untrue or misleading advertising, plus pre-and post-judgment interest thereon;

F.   Requiring Netflix to disgorge all monies, revenues, and profits obtained by means of any other wrongful act or practice alleged herein;

G.   Statutory damages;

H.   Actual damages;

I.   Punitive damages;

J.   Costs, expenses, and reasonable attorneys' fees;

K.   Any other and further relief the Court deems necessary, just, or proper.

**Jury Demand**

Plaintiffs demand a trial by jury on all causes of action so triable.

DATED: March 11, 2011                                    Respectfully Submitted,


_____
Jack Fitzgerald

**THE WESTON FIRM**
JACK FITZGERALD (257370)
2811 Sykes Ct.
Santa Clara, California 95051
Telephone: (408) 459-0305
Facsimile: (480) 247-4553
jack@westonfirm.com

GREGORY S. WESTON (239944)
888 Turquoise Street
San Diego, CA 92109
Telephone: (858) 488-1672
Facsimile: (480) 247-4553
greg@westonfirm.com

***Counsel for Plaintiffs and
the Proposed Classes***

19
COMPLAINT

# Exhibit A

Twitter For Websites: Tweet Button

Share    Report Abuse    Next Blog»                                    Create Blog    Sign In

# NETFLIX                          The Netflix Blog

FRIDAY, JUNE 12, 2009                              LINKS

                                                   Netflix Tech Blog

## Closed Captions and Subtitles                  Facebook Netflix Page

This is Neil Hunt, Chief Product                   Netflix Website
Officer at Netflix. We've had some          9      - - -> RSS Feed Page
inquiries about why Netflix doesn't                - - -> DVDs Releasing This Week
yet provide closed captioning or    ♥13813
                                    Tweet    Like  - - -> Logo and Media Materials
subtitles for streaming movies and TV episodes.
Captioning is in our development plans but is about a   - - -> Jobs at Netflix
year away.
                                                   ..................................................

You might be asking how it could be so hard, since   ABOUT THE NETFLIX BLOG
we already subtitle foreign language streams with
English subtitles. These subtitles are "burned in" to   Hello and welcome to the official
the video stream at the time of encoding - they are   Netflix Blog! We the blog authors
so-called "open captions" that cannot be turned on   are various members of the Netflix
and off by the viewer. The majority of viewers would   team. We're also rabid movie fans.
object to English captions on English content, so we   We hope this will be a great forum
have to figure out how to let individual viewers turn   for us to talk about what we are
them on and off.                                   doing, and for you to tell us what
                                                   you think.

Encoding a separate stream for each title is not an
option - it takes us about 500 processor-months to   ..................................................
make one encode through the entire library, and for
this we would have to re-encode four different      BLOG ARCHIVE
formats. Duplicating the encoded streams is
prohibitive in space too.                           ► 2011 (4)

                                                   ► 2010 (27)
So we are working on optionally delivering the SAMI
file (Synchronized Accessible Media Interchange), or   ▼ 2009 (38)
similar, to the client, and having it render the text and
then overlay it on the video at playback time.        ► December (1)
Unfortunately, the tools for rendering SAMI files in
Silverlight, or in CE (Consumer Electronics) devices,   ► November (5)
are weak or non-existent, and there is some           ► October (2)
technology development required.
                                                      ► September (3)

I would expect to deliver subtitles or captions to    ► August (2)

                                                      ► July (2)

                                                      ▼ June (4)

                                                         Closed Captions and
                                                         Subtitles

                                                         Message to Netflix
                                                         subscribers who watch

Twitter For Websites: Tweet Button

Silverlight clients sometime in 2010, and roll the same technology out to each CE device as we are able to migrate the technology, and work with the CE manufacturer to deliver firmware updates for each player.

POSTED BY NDH AT 4:02 PM    ✉

LABELS: CAPTION, CLOSED CAPTION, SAMI, STREAMING, SUBTITLES

...............................................................................

# 696 COMMENTS:

1 – 200 of 696   Newer›   Newest»

Matthew said...

Well said. I can see now why it is "so hard" to do. I've only needed captions for a few English-language movies here and there, that literally had English or Irish characters. The accents get so thick, it's hard for me to catch every word.

I can't promise you'll get many thoughtful replies to your blog post (All these people know how to do is talk about everything else **BUT** what you brought up), but I appreciate the explanation, nonetheless.

JUNE 12, 2009 4:44 PM


A Deaf Pundit said...

Sir, YouTube already provides this technology to accommodate the Deaf and Hard of Hearing.


So quite frankly, I find Netflix's claim that this will take a year to develop and implement, hard to believe.

instantly...

Vote for the film you think should win the Netflix...

New Ways to Enjoy Netflix on your Xbox 360

► May (4)

► April (3)

► March (5)

► February (3)

► January (4)

► 2008 (57)

► 2007 (105)

...............................................................................

LABELS

Requests for Feedback (33)

New Features (28)

Friends Features (25)

Release Notes (20)

general (17)

minor bugs (14)

Reviews (10)

Tips 'n' Tricks (9)

streaming (9)

System Notices (6)

Instant Watching (5)

Similarity (5)

Queue (4)

RSS (4)

User Experience Rants (4)

Avatars (3)

Ratings (3)

Search (3)

caption (3)

closed caption (3)

devices (3)

devices netflix (3)

iphone (3)

nintendo (3)

# Exhibit B



# National Association of the Deaf

Donate Now | Join or Renew

Home | About Us | Issues & Resources | Youth Leadership | Community | Events | News and Media | Contact | Search

# NAD Calls Out Netflix on Captions

Submitted By **Admin** On Mon, 10/05/2009 - 12:48

On September 9, 2009, the National Association of the Deaf requested that Netflix provide a captioned version of "The Wizard of Oz" movie that Netflix made available online, for free, for everyone on October 3, 2009. Netflix disregarded the NAD request along with thousands of letters, emails, comments, and tweets urging Netflix to caption the movie. Today, the NAD expressed its dismay at the lack of any response from Netflix and its failure to make this 70th anniversary celebration of "The Wizard of Oz" accessible to 36 million deaf and hard of hearing viewers.

Here is what the NAD said:

Monday, October 5, 2009

Catherine Fisher
Director, Communications
Netflix, Inc.
**cafisher@netflix.com**

Ms. Fisher –

On September 9, 2009, the National Association of the Deaf (NAD) wrote to you in response to Netflix's announcement that "The Wizard of Oz" would be freely available to everyone on October 3rd, the 70th anniversary of this classic film. We requested that Netflix enable people to choose to view a captioned version of this classic film by placing a "CC" icon on your **webpage** linked to the captioned version. We urged Netflix to take advantage of this unique opportunity to demonstrate its commitment to providing accessible entertainment to 36 million deaf and hard of hearing Americans. See **http://www.nad.org/node/442**. In addition to the NAD, Academy Award winning actress Marlee Matlin and many other people appealed to Netflix to caption "The Wizard of Oz."

The process of captioning "The Wizard of Oz" is technically possible and relatively simple to achieve. The television version and the DVD version of the film have already been captioned. Captions can be programmed into the Microsoft Silverlight application that Netflix uses for its Watch Instantly feature. Captions have been included in videos, programming, and movies made available for viewing online. See, for example, **http://www.hulu.com**.

We received no response from Netflix. Our request for a captioned version of "The Wizard of Oz" on October 3rd was not honored. Unlike the characters in "The Wizard of Oz," Netflix looks like it is still searching for its brain, heart, and courage. We view Netflix's lack of response and lack of captioning for "The Wizard of Oz" as a blatant statement by Netflix that 36 million deaf and hard of hearing people are second class citizens. This is the message that our community received from Netflix.

Netflix must commit to a policy and timetable to provide captions for its online movie service to ensure equal access to this service by Netflix account holders who are deaf or hard of hearing. Such a policy is a not only a good business practice, it's the right thing to do.

In addition, we ask Netflix to meet with NAD representatives, and the courtesy of a response to this invitation.

Rosaline Crawford
Director, Law and Advocacy Center
National Association of the Deaf
8630 Fenton Street, Suite 820
Silver Spring, MD 20910

**UPDATE – Netflix Responded; Declined Invitation to Meet with the NAD**

## COMMENTS

PEOPLE | RECENT | POPULAR

### RECENT COMMENTS



**Anne-Marie** We have the same problem at Centre Jules-Léger in Ontario...they teach LSQ there but the school director doesn't no sign language and cut the interpretor service because he thinks that we, Deaf,...
**Act Now to Protect Schools for the Deaf** · 2 days ago



**Coolgraham2** It is important to keep Deaf Schools in 47 States. It should be keep 11 deaf schools in New York State. I hope State of New York Governor will change his mind and will keep 11 deaf schools for...
**NAD Action Alert: Preserve State Schools for the Deaf** · 2 days ago



**Nmagliocchino** Wow.. I have to learn something from you... It's waste the money for pay the budget. I hope so... Texas School for the deaf stay open for forever...
**NAD Action Alert: Preserve State Schools for the Deaf** · 2 days ago



**Karen Kingrey** This video of California Dept of Education impressed me. I praise them for doing this excellent job to show the video. It will be very helpful to the parents of deaf children. I wish this video...
**NAD Praises California Dept. of Ed Video on ASL** · 2 days ago



**Darlene Rojas** WHY NOT closure hearing schools due hearing schools MORE than one in EACH CITIES in ONE STATE in EACH STATES THAT cost ALOT money to spend! Deaf schools ONLY ONE school in EACH STATES in ONE CITY...
**Act Now to Protect Schools for the Deaf** · 2 days ago

community on DISQUS

NAD Calls Out Netflix on Captions | National Association of the Deaf

Monday, October 5, 2009

Ms. Crawford:

Thank you for your email.  Netflix frequently communicates its commitment to provide closed captioning for the TV episodes and movies you can watch instantly and here is a blog post which provides more background
http://blog.netflix.com/2009/06/closed-captions-and-subtitles.html

It was not simple for Netflix to instantly stream the Wizard of Oz this past weekend, otherwise we would have done it.  Netflix developers continue to work on closed captioning and we will keep the deaf and hard of hearing community apprised of the progress.

Regards,

Catherine Fisher

---

Tuesday, October 6, 2009

Ms. Fisher --

Thank you for your response.

Our constituency is keenly interested in seeing Netflix online services made accessible through the provision of captions.

We would like to meet with Netflix to discuss this issue and your progress.  Would that be possible?

Rosaline

---

Wednesday, October 7, 2009

Ms. Crawford:

We understand your eagerness to see closed captioning on movies and TV episodes instantly streamed from Netflix. As Netflix Chief Product Officer Dr. Neil Hunt explained on the Netflix Blog the technical process is complex.

Since closed captioning is included in our development plans and since we have addressed the situation at length we are going to decline the invitation to meet.

Thank you for your understanding and I will be sure to keep you apprised of progress.

All best,

Catherine

---

The NAD is disappointed that Netflix declined our invitation to meet. While we are pleased to learn that closed captioning is included in Netflix development plans, "seeing is believing."

---

Advocates need to continue to request captioning on Netflix Watch Instantly movies by sending messages to Netflix by Twitter via the Netflix twitter account at **http://www.twitter.com/netflix** or @netflix and **http://www.twitter.com/netflixhelps** or @netflixhelps, via the Netflix Facebook page at **http://www.facebook.com/netflix**, by posting comments on the Netflix blog at **http://blog.netflix.com/**, and contacting:
Catherine Fisher
Director, Communications
Netflix, Inc.
cafisher@netflix.com
408-540-3847
and
Netflix Customer Service
1-866-716-0414

 

NAD Calls Out Netflix on Captions | National Association of the Deaf

## SHOWING 5 COMMENTS

Sort by [ Popular now ]   ✉ Subscribe by email   🗐 Subscribe by RSS

---

**ncmacasl   4 months ago**

Netflix Subtitles are now also available on Wii and PS3 (started 10/18/10). Download the latest software (disk no longer required on either system)

See: http://blog.netflix.com/2010/1...

Partial list of Captioned Netflix Titles: http://ncmacasl.blogspot.com/2...

[ Like ] [ Reply ]                                                     1 person liked this.

---

**Angela   8 months ago**

Thank you NAD for your effort in this! My husband and I, within the last few months, subscribed to Netflix and it was obviously a rude awakening for me that their instant streaming was not captioned. I appreciate your efforts in communicating the issue to them. I also laughed at your great responses! =)

[ Like ] [ Reply ]                                                     1 person liked this.

---

**DeafReader   11 months ago**

Can you call out Apple's iTune on caption as well? Apple released over 350 both rental and purchases of movies with captions

[ Like ] [ Reply ]                                                     1 person liked this.

---

**Tomjones   2 months ago**

just leave netflix

[ Like ] [ Reply ]

---

**Johnnie   4 months ago**

Today I just sent an email to Catherine on the topic related to the 21st Century Communications and Video Accessibility Act of 2010 and instantly streaming accessible for the deaf community.

[ Like ] [ Reply ]

## ADD NEW COMMENT

Type your comment here.

[ Post as ... ]

Trackback URL   [ http://disqus.com/forums/deaf/nad_calls_out_ne ]

# Exhibit C

Twitter For Websites: Tweet Button

| [          ] | Share   Report Abuse   Next Blog» | Create Blog   Sign In |

# NETFLIX                    The Netflix Blog

**THURSDAY, APRIL 15, 2010**

## Subtitles Now Available for Some Titles for PC/Mac Viewing

This is Neil Hunt, Chief Product Officer at Netflix. As I promised last year, I'm pleased to report that today we have enabled closed captioning for some TV episodes and movies that you can watch instantly on your PC or Mac. Although it's a limited library of content with subtitles available - about 100 titles - we now have released the technology and we will be working to fill in the library over time.

**13**    👍 22122

🐦 Tweet    Like



We have similar technology working in the lab for some of our game console, Blu-ray, and DTV platforms, which will roll out in releases starting this fall, along with support for 5.1 audio.

It's a start, with much more to come. You can try it for yourself with most episodes of "Lost" Seasons 1-4.

POSTED BY NDH AT 10:30 PM

LABELS: CAPTION, CC, CLOSED CAPTION, ENCODING, NEW FEATURES, SILVERLIGHT, STREAMING, SUBTITLES

**LINKS**

Netflix Tech Blog

Facebook Netflix Page

Netflix Website

- - -> RSS Feed Page

- - -> DVDs Releasing This Week

- - -> Logo and Media Materials

- - -> Jobs at Netflix

................................................

**ABOUT THE NETFLIX BLOG**

Hello and welcome to the official Netflix Blog! We the blog authors are various members of the Netflix team. We're also rabid movie fans. We hope this will be a great forum for us to talk about what we are doing, and for you to tell us what you think.

................................................

**BLOG ARCHIVE**

▶ 2011 (4)

▼ 2010 (27)

   ▶ December (3)

   ▶ November (4)

   ▶ October (3)

   ▶ September (3)

   ▶ August (2)

   ▶ July (1)

   ▶ June (1)

   ▶ May (1)

   ▼ April (4)

      Subtitles Now Available for Some Titles for PC/Mac...

# Exhibit D

Twitter / @Netflix: @MarleeMatlin Yes, @Netfli ...



twitter 🐦   Search      Home   Profile   Messages   Who To Follow   ☑   🐝   ClosetTwit ▾

**@netflix**
Netflix

**@MarleeMatlin** Yes, @Netflix offers CC
on a growing # of titles. You can use CC
on PCs, Macs, upgraded PS3 app and
upgraded Wii app.

22 Nov via CoTweet    ☆ Favorite  ⇄ Retweet  ↩ Reply

Mentioned in this Tweet

**netflix** Netflix · Follow
*Official Netflix twitter channel. World's largest Internet movie
subscription service. For customer service on twitter: @Netflixhelps.
We want to hear from you.*

**MarleeMatlin** Marlee Matlin · Follow
*Got a little gold man called Oscar, done the West Wing, L Word,
danced and have a fantastic husband and 4 beautiful kids. Life is
GREAT.*

Retweeted by JohnD1967 and 1 other

# Exhibit E

Twitter For Websites: Tweet Button

| | Share    Report Abuse    Next Blog» | | | Create Blog    Sign In |

# NETFLIX                                    The Netflix Blog

THURSDAY, FEBRUARY 24, 2011

## 30% of Netflix Streaming Content Has Subtitles; 80% By End of 2011

This is Neil Hunt, Chief Product Officer for Netflix, with an update on subtitles on content available to watch instantly from Netflix. In the US, more than 3,500 TV episodes and movies have subtitles available, representing about 30% of viewing. (This is in addition to the subtitles already available "burned in" to the picture for all non-English content.) More subtitles are being added every week, and we expect to get to 80% viewing coverage by the end of 2011 (with similar goals for Canada).

**134**   👍 12812
🐦 Tweet   👍 Like

We've added this page on the Netflix Website that lists all of the TV shows and movies that are available with subtitles. It is accessible via a link in the Netflix Website footer, via search (for "subtitle" or "caption"), or linked from the detail page of any title that has subtitles.

Subtitles are supported on PCs and Macs, Nintendo Wii, Sony PS3, GoogleTV, and the Boxee Box. We expect that Roku and Xbox 360 will support subtitles later this year. Most new Netflix ready devices released this summer or later will support subtitles

For content that has subtitles, look for the Subtitles button in the player on the PC/Mac:

### LINKS

Netflix Tech Blog

Facebook Netflix Page

Netflix Website

- - -> RSS Feed Page

- - -> DVDs Releasing This Week

- - -> Logo and Media Materials

- - -> Jobs at Netflix

..........................................

### ABOUT THE NETFLIX BLOG

Hello and welcome to the official Netflix Blog! We the blog authors are various members of the Netflix team. We're also rabid movie fans. We hope this will be a great forum for us to talk about what we are doing, and for you to tell us what you think.

..........................................

### BLOG ARCHIVE

▼ 2011 (4)
  ▼ February (2)
    30% of Netflix Streaming Content Has Subtitles; 80...
    NETFLIX BRINGS MEMBERS CBS SHOWS TO WATCH INSTANTL...
  ► January (2)
► 2010 (27)
► 2009 (38)
► 2008 (57)
► 2007 (105)

Twitter For Websites: Tweet Button



On Netflix ready devices, look for Audio and Subtitles on the movie or TV show detail page before you begin playing:





POSTED BY NDH AT 11:25 PM   [icon]
LABELS: CAPTION, CLOSED CAPTION, STREAMING, SUBTITLES

---------------------------------------------------------------------

# 99 COMMENTS:

NC-mac-ASL said...

LABELS

Requests for Feedback (33)
New Features (28)
Friends Features (25)
Release Notes (20)
general (17)
minor bugs (14)
Reviews (10)
Tips 'n' Tricks (9)
streaming (9)
System Notices (6)
Instant Watching (5)
Similarity (5)
Queue (4)
RSS (4)
User Experience Rants (4)
Avatars (3)
Ratings (3)
Search (3)
caption (3)
closed caption (3)
devices (3)
devices netflix (3)
iphone (3)
nintendo (3)
subtitles (3)
wii (3)
Silverlight (2)
encoding (2)
netflix (2)
playstation (2)
ps3 (2)
sony (2)
Apple TV (1)

# Exhibit F

XD Proxy

Share   Report Abuse   Next Blog»                          Create Blog   Sign In

# NETFLIX                    The Netflix Blog

MONDAY, NOVEMBER 22, 2010

## A new plan for watching instantly, plus price changes to existing unlimited plans

Hi, Jessie Becker here, VP Marketing, with an update about changes we are making today to our plans and prices.



**603**   90190

Tweet   Like

First, we are now offering a new $7.99 a month plan which lets you instantly watch unlimited TV episodes and movies streamed to your computer or TV. This plan does not include any DVDs. All the titles you can watch instantly on your current plan are also available on this new plan, and as a reminder, not all titles on DVD are available to watch instantly. This new plan is available immediately - if you'd like to switch to this new plan at any time, simply visit Your Account.

Second, we are increasing the prices on our unlimited plans that offer both watching instantly and DVDs by mail. On our two most popular unlimited plans – the 1 DVD out at a time and 2 DVDs out at a time – the price is increasing by $1 a month. We've also included below the changes on all the plans. To see how these changes impact your Netflix account, visit Membership Details.

Why the changes? Our selection of TV episodes and movies available to stream has grown dramatically, and as a result most members want us to deliver unlimited TV episodes and movies two ways: streaming instantly over the internet plus DVDs by mail. The price increase will allow us to continue to offer the popular plan choice of unlimited TV

### LINKS

Netflix Tech Blog

Facebook Netflix Page

Netflix Website

- - -> RSS Feed Page

- - -> DVDs Releasing This Week

- - -> Logo and Media Materials

- - -> Jobs at Netflix

--------------------------------------

### ABOUT THE NETFLIX BLOG

Hello and welcome to the official Netflix Blog! We the blog authors are various members of the Netflix team. We're also rabid movie fans. We hope this will be a great forum for us to talk about what we are doing, and for you to tell us what you think.

--------------------------------------

### BLOG ARCHIVE

▶ 2011 (4)

▼ 2010 (27)

  ▶ December (3)

  ▼ November (4)

   Netflix Executives' Comments: True or False?

   A new plan for watching instantly, plus price chan...

   Netflix on Android

   XBox and Windows Phone 7 News

  ▶ October (3)

  ▶ September (3)

  ▶ August (2)

episodes and movies streaming instantly along with unlimited DVDs. The new plan, which does not include DVDs, is a great option for the increasing number of members who only want to watch instantly. The $7.99 a month price reflects no DVD shipping costs on this plan.

You might also wonder why we haven't introduced a new plan that includes only DVDs by mail. The fact is that Netflix members are already watching more TV episodes and movies streamed instantly over the Internet than on DVDs, and we expect that trend to continue. Creating the best user experience that we can around watching instantly is how we're spending the vast majority of our time and resources. Because of this, we are not creating any plans that are focused solely on DVDs by mail.

To avoid any confusion, here are the new prices on our plans:

|  | Old price | New price |
| --- | --- | --- |
| **Unlimited plan (NEW)** | | |
| No DVDs | – | $7.99 |
| **Unlimited plan with DVDs** | | |
| 1 DVD out at a time | $8.99 → | $9.99 |
| 2 DVDs out at a time | $13.99 → | $14.99 |
| 3 DVDs out at a time | $16.99 → | $19.99 |
| 4 DVDs out at a time | $23.99 → | $27.99 |
| 5 DVDs out at a time | $29.99 → | $34.99 |
| 6 DVDs out at a time | $35.99 → | $41.99 |
| 7 DVDs out at a time | $41.99 → | $48.99 |
| 8 DVDs out at a time | $47.99 → | $55.99 |
| **Limited Plan** | | |
| 1 DVD (limit 2 DVDs a month) | $4.99 | $4.99 |

We hope you're enjoying great TV shows and movies from Netflix, and that you'll continue to enjoy Netflix on whichever plan you choose. We realize you have lots of home entertainment options, and we thank you for your business. As always, if you have any questions, please call us at 800-715-2146.

*UPDATE: A number of you have asked about Blu-ray pricing. Blu-ray pricing remains the same.*

- ► July (1)
- ► June (1)
- ► May (1)
- ► April (4)
- ► March (4)
- ► January (1)

- ► 2009 (38)
- ► 2008 (57)
- ► 2007 (105)

............................................

LABELS

Requests for Feedback (33)
New Features (28)
Friends Features (25)
Release Notes (20)
general (17)
minor bugs (14)
Reviews (10)
Tips 'n' Tricks (9)
streaming (9)
System Notices (6)
Instant Watching (5)
Similarity (5)
Queue (4)
RSS (4)
User Experience Rants (4)
Avatars (3)
Ratings (3)
Search (3)
caption (3)
closed caption (3)
devices (3)
devices netflix (3)
iphone (3)
nintendo (3)
subtitles (3)
wii (3)
Silverlight (2)