DAVID F. MCDOWELL (CA SBN 125806)
JACOB M. HARPER (CA SBN 259463)
MORRISON & FOERSTER LLP
555 West Fifth Street, Suite 3500
Los Angeles, California  90013
Telephone:  213.892.5200
Facsimile:  213.892.5454
Email:   DMcDowell@mofo.com
         JacobHarper@mofo.com

Attorneys for Defendant
NETFLIX, INC.

*IT IS SO ORDERED*
*Judge Edward J. Davila*
6/14/2011

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DONALD CULLEN, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>NETFLIX, INC.,<br><br>    Defendant. | Case No.  5:11-cv-01199 EJD<br><br>**STIPULATION REGARDING BRIEFING SCHEDULE FOR MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>Hon. Edward J. Davila<br><br>Complaint Filed: April 9, 2011 |

Pursuant to Civil Local Rule 6-1, plaintiff Donald Cullen ("Plaintiff") and defendant Netflix, Inc. ("Netflix"), through their undersigned counsel, hereby stipulate as follows:

WHEREAS, Plaintiff filed the First Amended Complaint on April 9, 2011;

WHEREAS, General Order 56 automatically stayed all proceedings and dates in this matter, including Defendant's deadline to respond to the First Amended Complaint;

WHEREAS, the Court lifted General Order 56's automatic stay on May 24, 2011;

WHEREAS, pursuant to Federal Rule of Civil Procedure 12, Defendant's deadline to respond to the First Amended Complaint was set for June 14, 2011;

WHEREAS, Defendant intends to file as its response a motion to dismiss the First Amended Complaint;

WHEREAS, the parties have agreed to the following briefing schedule for Defendant's anticipated motion to dismiss the First Amended Complaint, which schedule does not alter the date of any event or any deadline already fixed by Court Order (pursuant to Civil Local Rule 6-1(a));

NOW, THEREFORE, IT IS HEREBY STIPULATED:

1. Defendant's time to serve and file its motion to dismiss the First Amended Complaint shall be extended to and including June 28, 2011;

2. Plaintiff shall have to and including July 26, 2011, to serve and file any opposition to Defendant's motion to dismiss.

3. Defendant shall have to and including August 9, 2011, to serve and file a reply to Plaintiff's opposition;

///

4. The Court shall hear Defendant's motion to dismiss on August 19, 2011, at 9:00 a.m., or as soon thereafter as the Court's schedule permits.

Dated: June 13, 2011        THE WESTON FIRM

                            By:  /s/ Jack Fitzgerald
                                 Jack Fitzgerald

                            Attorneys for Plaintiff
                            DONALD CULLEN

                            MORRISON & FOERSTER LLP

Dated: June 13, 2011

                            By:  /s/ David F. McDowell
                                 David F. McDowell

                            Attorneys for Defendant
                            NETFLIX, INC.

la-1127134