| | |
|---|---|
| **THE WESTON FIRM**<br>GREGORY S. WESTON (239944)<br>888 Turquoise Street<br>San Diego, CA  92109<br>Telephone: (858) 488-1672<br>Facsimile: (480) 247-4553<br>greg@westonfirm.com<br><br>JACK FITZGERALD (257370)<br>2811 Sykes Court<br>Santa Clara, CA 95051<br>Telephone: (408) 459-0305<br>jack@westonfirm.com<br><br>Counsel for Plaintiff | **MORRISON & FOERSTER LLP**<br>DAVID F. MCDOWELL (125806)<br>JACOB M. HARPER (259463)<br>555 West Fifth Street, Suite 3500<br>Los Angeles, California 90013-1024<br>Telephone: 213.892.5200<br>Facsimile: 213.892.5454<br>DMcDowell@mofo.com<br>JacobHarper@mofo.com<br><br>Counsel for Defendant |

IT IS SO ORDERED AS MODIFIED
Judge Edward J. Davila
7/27/2011

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| DONALD CULLEN, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>NETFLIX, INC.,<br><br>        Defendant. | Case No.: 5:11-cv-01199 EJD<br>Action Filed: March 11, 2011<br><br>**[PROPOSED] ORDER GRANTING STIPULATION REGARDING DEFENDANT'S MOTION TO DISMISS AND PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>Judge: Hon. Edward J. Davila |

(handwritten: ORDER)

    Having considered the July 25, 2011 stipulation between Plaintiff Donald Cullen and Defendant Netflix, Inc., the Court HEREBY ORDERS:

    1.    Plaintiff shall have until September 5, 2011, to respond to Defendant's Motion to Dismiss either by filing an Opposition or by filing a Second Amended Complaint;

    2.    If Plaintiff files a Second Amended Complaint, Defendant shall have 30 days to file a responsive motion or pleading (by and including October 5, 2011). If Defendant files a

1  Motion to Dismiss (a Second Amended Complaint), Plaintiff shall have another 30 days to
2  oppose (by and including November 4, 2011), and Defendant shall have 14 days to reply (by and
3  including November 18, 2011), with a hearing on the matter to be held 14 days thereafter
4  set for hearing on **December 2, 2011 at 9:00 a.m.**

5      3.    If Plaintiff files an Opposition to Defendant's current Motion to Dismiss (the First
6  Amended Complaint) (Dkt. 22), Netflix shall have two weeks to reply (by and including
7  September 19, 2011), with a hearing on the matter to be held 14 days thereafter set for
8  hearing on **October 7, 2011 at 9:00 a.m**.

9      4.    Plaintiff and Defendant agree to take the currently scheduled August 19, 2011,
10 hearing off calendar, to be rescheduled according to Plaintiff's September 5, 2011 filing.

13 DATED: \_\_\_\_July 27,\_\_\_, 2011      _____
14     The Honorable Edward J. Davila
    United States District Court Judge