1  DAVID F. MCDOWELL (No. 125806)
   JACOB M. HARPER (No. 259463)
2  MORRISON & FOERSTER LLP
   555 West Fifth Street, Suite 3500
3  Los Angeles, California 90013-1024
   Telephone:     213.892.5200
4  Facsimile:     213.892.5454
   Email:         DMcDowell@mofo.com
5                 JacobHarper@mofo.com

6

7  Attorneys for Defendant
   NETFLIX, INC.
8

GREGORY S. WESTON (No. 239944)
JACK FITZGERALD (No. 257370)
MELANIE PERSINGER (No. 275423)
THE WESTON FIRM
1405 Morena Boulevard, Suite 201
San Diego, California 92110
Telephone:     619.798.2006
Facsimile:     480.247.4553
Email:         greg@westonfirm.com
               jack@westonfirm.com
               mel@westonfirm.com

Attorneys for Plaintiff
DONALD CULLEN and
the Putative Class

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                   SAN JOSE DIVISION

12

13  DONALD CULLEN, on behalf of himself and
    all others similarly situated,

14
                        Plaintiff,
15
         v.
16
    NETFLIX, INC.,
17
                        Defendant.
18

19

20

21

22

23

24

25

26

27

28

Case No.     5:11-cv-01199-EJD

**STIPULATION TO CONTINUE CASE
MANAGEMENT CONFERENCE AND
HEARING ON DEFENDANT'S
MOTION TO DISMISS THE SECOND
AMENDED COMPLAINT BY ONE
WEEK; DECLARATION OF DAVID F.
McDOWELL**

**[L. R. 6-2, 7-12]**

Current Date:        December 2, 2011

***Proposed Date***:     ***December 9, 2011***
Time:                10:00 a.m.
Judge:               Hon. Edward J. Davila
Courtroom:           1

*IT IS SO ORDERED
AS MODIFIED*
*Judge Edward J. Davila*

1

**STIPULATION AND [PROPOSED] ORDER**

2      Plaintiff Donald Cullen ("Plaintiff") and defendant Netflix, Inc. ("Defendant") (together,

3  the "Parties") hereby submit the following stipulated request to continue the case management

4  conference and hearing on Defendant's Motion to Dismiss the Second Amended Complaint by

5  one week from December 2, 2011 to **December 9, 2011**:

6      WHEREAS —

7      1.     On September 5, 2011, Plaintiff filed his Second Amended Complaint (Dkt.

8  No. 26);

9      2.     On October 5, 2011, Defendant filed its Motion to Dismiss the Second Amended

10 Complaint (Dky. No. 31), with the hearing noticed for December 2, 2011 per prior stipulation and

11 order (Dkt. No. 24);

12     3.     Because of an unavoidable court-ordered mandatory settlement conference in

13 another case in the Southern District of Ohio, counsel for Netflix will be unable to attend the

14 hearing and case management conference currently scheduled in this matter for December 2,

15 2011.  As explained more fully in the attached Declaration of David F. McDowell, counsel for

16 Netflix has attempted to change, but cannot, the date of the conflicting settlement conference;

17     4.     The Parties respectfully request a modest one-week continuance of the conference

18 hearing date to **December 9, 2011**;

19     5.     Netflix has not previously requested a continuance of any hearing or conference in

20 this matter.

21 //

22 //

23 //

24 //

25 //

26 //

27 //

28

1    WHEREFORE, THE PARTIES HEREBY STIPULATE that the case management

2 conference and hearing on Netflix's Motion to Dismiss the Second Amended Complaint be

3 continued by one week from December 2, 2011, to **December 9, 2011**.

4    IT IS SO STIPULATED:

5  Dated:        November 21, 2011        DAVID F. MCDOWELL
                                          JACOB M. HARPER
6                                         MORRISON & FOERSTER LLP

7                                         By:_____/s/ David F. McDowell_____
                                              David F. McDowell
8                                             Attorneys for Defendant
                                              NETFLIX, INC.
9  Dated:        November 21, 2011        GREGORY S. WESTON
                                          JACK FITZGERALD
10

11                                        By:_____/s/ Jack Fitzgerald_____
                                              Jack Fitzgerald
12                                            Attorneys for Plaintiff
                                              DONALD CULLEN
13

14  IT IS SO ORDERED
    The Hearing and Case Management Conference are continued to January 6, 2012 at 9:00 AM
15  and 10:00 AM respectively.

    Dated:        November _23_ 2011
16                                        By:_____
                                              Hon. Edward J. Davila
17                                            UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28

---

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

### DECLARATION OF DAVID F. McDOWELL

I, David F. McDowell, state and declare:

1.      I am a partner with Morrison & Foerster LLP, counsel of record for defendant Netflix, Inc. ("Defendant") in the above captioned matter, and am a member in good standing of the State Bar of California.  I submit this declaration in support of the parties' Stipulation to Continue the Case Management Conference and Defendant's Motion to Dismiss the Second Amended Complaint by One Week.  I have personal knowledge of the statements set forth below, which are true and correct to the best of my knowledge, and I could and would testify to them.

2.      I have been ordered to engage in a mandatory settlement conference in *Ehlers v. Restoration Hardware, Inc.*, S.D. Ohio Case No. 2:10-cv-01147, by December 5, 2011.  Because of the number of parties and individuals involved, it has been extraordinarily difficult to schedule a date for this conference, and the only date available for the other parties and counsel to comply with the Court's deadline is December 2, 2011.  That date, however, creates a direct conflict with the case management conference and motion to dismiss hearing in this matter.

3.      I have been unable to reschedule the mandatory settlement conference or obtain a continuance of the Court's December 5 deadline.

4.      Counsel for plaintiff Donald Cullen ("Plaintiff") has agreed to continue the case management conference and hearing in this matter to December 9, 2011.

5.      I respectfully request, therefore, a modest one-week continuance from December 2, 2011, to December 9, 2011, for the scheduled case management conference and hearing on Defendant's motion to dismiss.  I request this continuance in the interests of justice and believe this modest continuance would not unduly delay this matter.

6.      Counsel has not previously sought a continuance of any hearing in this matter.

I declare under penalty of perjury that, to the best of my knowledge, the foregoing statements are true and correct.  Executed on November 21, 2011, in Los Angeles, California.

_____*/s/ David F. McDowell*_____
David F. McDowell

1149784

---