UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DONALD CULLEN, | Case No.: 5:11-CV-1199 EJD |
| Plaintiff, | **ORDER REGARDING SUPPLEMENTAL BRIEFING** |
| v. | |
| NETFLIX, INC., | **(Re: Docket No. 44)** |
| Defendant. | |

On February 2, 2012, the parties filed a Joint Statement of Supplemental Authority informing the court that the Federal Communication Commission has issued its implementing regulations concerning Section 202 of the Twenty-First Century Communications and Video Accessibility Act, addressing the closed captioning of video over Internet protocol. See Docket No. 44. The parties also inform the court that they believe additional briefing on the regulations' impact on this litigation and the pending motion to dismiss would help the court. Accordingly,

IT IS HEREBY ORDERED that, no later than March 23, 2012, the parties shall file a joint status report summarizing the FCC's regulations, their impact on the pending motion to dismiss, any impact on how the case should proceed, and any other information the parties believe would be useful to the court. To the extent the parties cannot agree on any portion of the joint statement, they

1

Case No.: 5:11-CV-1199 EJD
ORDER REGARDING SUPPLEMENTAL BRIEFING

may file separate statements. This joint statement shall not exceed fifteen pages.

Dated: February 16, 2012

_____
EDWARD J. DAVILA
United States District Judge

2

Case No.: 5:11-CV-1199 EJD
ORDER REGARDING SUPPLEMENTAL BRIEFING