IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DONALD CULLEN, on behalf of himself and all others similarly situated, | CASE NO. 5:11-cv-01199 EJD |
| Plaintiff, | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| v. | |
| NETFLIX, INC., | |
| Defendant. | |

In light of the parties' joint stipulation to continue the hearing date and briefing schedule on Defendant's motion to dismiss the third amended complaint (see Docket Item No. 57), which requested a stay of all matters related to this action until the Court issues a ruling on the motion to dismiss, and which was granted by the Court on September 4, 2012 (see Docket Item No. 58), the Case Management Conference scheduled for September 28, 2012, is VACATED. The court will reschedule the conference if necessary in the order addressing Defendant's dismissal motion.

**IT IS SO ORDERED.**

Dated: September 25, 2012



EDWARD J. DAVILA
United States District Judge

1

CASE NO. 5:11-cv-01199 EJD
ORDER VACATING CASE MANAGEMENT CONFERENCE