UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DONALD CULLEN, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>NETFLIX, INC.,<br><br>    Defendant. | Case No.: 5:11-CV-01199-EJD<br><br>**JUDGMENT** |

This action having been dismissed upon the granting of the Defendant's Motion to Dismiss without leave to amend (see Docket Item No. 68), IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Judgment is entered in favor of Defendant.

**IT IS SO ORDERED.**

Dated: January 10, 2013



EDWARD J. DAVILA
United States District Judge

1

Case No.: 5:11-CV-01199-EJD
JUDGMENT